**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Andre Deshawn Boyd,

       Petitioner,

v.

A. Dulgov,

       Respondent.

No. CV-22-00410-TUC-JCH

**ORDER**

On September 12, 2022, Petitioner Boyd filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Doc. 1. On November 15, 2022, the Court referred the matter to Magistrate Judge D. Thomas Ferraro for a Report and Recommendation. *See* Doc. 5 at 3. On December 13, 2022, Respondent Dulgov filed an answer. Doc. 12. Petitioner did not reply or move to extend the deadline. *See docket generally*.

Before the Court is Judge Ferraro's March 1, 2023 Report and Recommendation (R&R). Doc. 15. Judge Ferraro recommends the Court deny and dismiss the Petition (Doc. 1). Doc. 15 at 4. The R&R explains that parties may file written objections to the R&R within 14 days of service. *Id.* The R&R warns that failure to object could be deemed a waiver of any objection. *Id.* Neither party objected. *See docket generally*.

On March 14, 2023, a copy of the R&R mailed to Petitioner was returned "Undeliverable" due to "Transferred/Discharged – Unable to Forward." Doc. 16. The Court's Order requiring Respondent to answer the Petition warned that Petitioner "must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the

1   Local Rules of Civil Procedure." Doc. 5 at 1. The Order further warned that if "Petitioner
2   fails to timely comply with every provision of this Order, including these warnings, the
3   Court may dismiss this actions without further notice." *Id.* at 2.

## I.    Legal Standard

5       A district court reviews objected-to portions of an R&R de novo. 28 U.S.C.
6   § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617
7   (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to
8   de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–
9   22 (9th Cir. 2003) (en banc).

## II.   Analysis

11      The Court has reviewed Judge Ferraro's R&R and finds its facts, analysis, and
12  conclusions are without error. The Court will adopt the R&R in full. The Court also notes
13  that even if it did not adopt the R&R, it would dismiss Petitioner's case for failure to
14  comply with a court order.

## III.   Order

16      Accordingly,

17      **IT IS ORDERED ADOPTING** the Report and Recommendation (Doc. 15).

18      **IT IS FURTHER ORDERED DENYING** the Petition (Doc. 1).

19      **IT IS FURTHER ORDERED DISMISSING** this case. The Clerk of the Court
20  shall enter judgment accordingly.

21      Dated this 21st day of March, 2023.

Honorable John C. Hinderaker
United States District Judge

- 2 -